# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER, | ) 1:08-cv-735 LJO GSA |
| | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) RECOMMENDATION |
| | ) |
| v. | ) (Document 7) |
| | ) |
| F.P.I. MANAGEMENT, | ) |
| | ) |
| Defendant. | ) |

On July 16, 2008, the Magistrate Judge issued Findings and Recommendations that Plaintiff's action be dismissed. The Findings and Recommendation contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued July 16, 2008, are ADOPTED IN FULL; and
2. This action is dismissed.

IT IS SO ORDERED.

Dated:   August 22, 2008                              /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE